NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEERTI VARMAA,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2024-1925

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-14-0732-I-4.

---

## O R D E R

Keerti Varmaa filed an opening brief and a corrected opening brief in the above-captioned appeal. The Clerk of Court found the briefs to be non-compliant. Pursuant to the November 5, 2024 notice of non-compliance, failure to timely file a corrected version may result in the documents being stricken.

The petitioner having failed to file the corrected opening brief within the time permitted by the court's November 5, 2024 notice of non-compliance,

2                                                   VARMAA V. MSPB

IT IS ORDERED THAT:

(1) The opening brief and corrected opening brief are
    stricken.

(2) The petition for review be, and the same hereby is,
    DISMISSED, for failure to prosecute in accordance
    with the rules. See Fed. Cir. R. 25(c)(4); Fed. Cir. R.
    31(d).

FOR THE COURT

February 4, 2025
    Date

Jarrett B. Perlow
Clerk of Court